UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MERCEDES LOPEZ-PINEDA, | ) | CASE NO. C07-0446-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING STAY OF |
| | ) | REMOVAL |
| A. NEIL CLARK, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Court, having reviewed petitioner's motion for stay of removal, Dkt. #11, all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion for stay of removal, Dkt. #11, is DENIED; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 4th day of June, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING STAY OF REMOVAL
PAGE -1