01

02                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
03                              AT SEATTLE

04  MERCEDES LOPEZ-PINEDA,              )   CASE NO. C07-0446-RSL
                                        )
05         Petitioner,                  )
                                        )
06         v.                           )   ORDER OF DISMISSAL
                                        )
07  A. NEIL CLARK, et al.,              )
                                        )
08         Respondents.                 )
    _____)
09

10      The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits

11  in support and in opposition to that petition, the Report and Recommendation of the Honorable

12  Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find

13  and ORDER:

14      (1)   The Court adopts the Report and Recommendation;

15      (2)   Petitioner's § 2241 petition is DENIED, Dkt. #6, Respondent's cross-motion to

16            dismiss is GRANTED, Dkt. #19, and this action is DISMISSED with prejudice;

17            and,

18      (3)   The Clerk is directed to send copies of this Order to the parties and to Judge

19            Theiler.

20      DATED this 25th day of June, 2007.

21                                              /s/ Robert S. Lasnik
                                                Robert S. Lasnik
22                                              United States District Judge


ORDER OF DISMISSAL
PAGE -1